UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA OROZCO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:21-cv-00321-TLN-KJN<br><br>**ORDER** |

On May 24, 2022, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 23.) No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 24, 2022, (ECF No. 23), are adopted in full;

2. Plaintiff's Motion for Summary Judgment, (ECF No. 19), is GRANTED;

3. The Commissioner's Cross-Motion for Summary Judgment, (ECF No. 20), is DENIED;

4. The final decision of the Commissioner is REVERSED, and the case is REMANDED to the Commissioner for further proceedings; and

5. The Clerk of Court is directed to close this case.

**DATED: July 12, 2022**

Troy L. Nunley
United States District Judge